UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE JOE PARKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-434 |
| | § | |
| KELLI WARD, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF EXPERTS

Pending is plaintiff's motion for appointment of two expert witnesses (D.E. 124). The plain language of the *in forma pauperis* statute does not provide for the appointment of expert witnesses to aid an indigent plaintiff. 28 U.S.C. § 1915; Pedraza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995); Hannah v. United States, 523 F.3d 597 (5th Cir. 2008). Plaintiff has not shown any compelling circumstances requiring the appointment of an expert. Plaintiff's motion (D.E. 124) is denied.

ORDERED this 18th day of June, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE